| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| PHYLLIS JUNE BURRIS, | § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| *versus* | | CIVIL ACTION NO. 1:24-CV-225 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, not individually but solely as Trustee for Finance of America Structured securities, *et al.*, | | |
| *Defendants*. | | |

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Phyllis June Burris ("Plaintiff") originally filed this lawsuit in state court on June 3, 2024, seeking, among other things, a temporary restraining order ("TRO") and a temporary injunction stopping the non-judicial foreclosure sale of the property located at 3738 Chandelle Lane, Port Arthur, Texas 77642 (#1-1). On June 4, 2024, a state court judge granted Plaintiff's request for a fourteen-day TRO and set the preliminary injunction request for a hearing. On June 20, 2024, Defendant Wilmington removed the case to federal court (#1). The court referred the matter to United States Magistrate Judge Christine L. Stetson for pretrial management. Judge Stetson set a hearing on the preliminary injunction request for June 25, 2024 (#3). The morning of that hearing, Plaintiff filed a motion (#8) to extend the TRO for an unspecified amount of time. Both the motion and the preliminary injunction request were presented at the hearing on the record (#12).

On June 27, 2024, Judge Stetson entered a Report and Recommendation (#10) in which she recommends denying Plaintiff's motion to extend the TRO (#8) and her request for a temporary injunction. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#10) is **ADOPTED**. Plaintiff's motion to extend the TRO (#8) is **DENIED**, and her request for a preliminary injunction is **DENIED**.

SIGNED at Beaumont, Texas, this 22nd day of July, 2024.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE